UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



TriCap Technology Group LLC

                             **Plaintiff,**

                    *- against -*

Eli Global, LLC

                            **Defendant,**

**ORDER**

7:19-cv-09638-PED

**PAUL E. DAVISON, U.S.M.J.**

The Court having been advised that all claims asserted in the above entitled action are settled, it is hereby

ORDERED, that the above entitled action be and hereby is discontinued, without costs to any party, subject to reopening should the settlement not be concluded within thirty (30) days of the date hereof.

Dated: October 28, 2020
       White Plains, New York

SO ORDERED,

PAUL E. DAVISON, U.S.M.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: **Oct 28, 2020**